# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> VEGAS.COM, LLC, <br><br> Defendant. | Civil Action No. 1:25-cv-6589 <br><br> COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

## NOTICE OF SETTLEMENT

Plaintiff Chris Jackson hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Vegas.com, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: August 6, 2025

Respectfully Submitted,

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Phone: (412) 857-5350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 6th day of August, 2025.

                                                                     */s/ Benjamin J. Sweet*
                                                                      Benjamin J. Sweet